## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

John Doe

                        Plaintiff,

v.                                                     Case No.: 1:14–cv–07423
                                                         Honorable Elaine E. Bucklo

Village of Deerfield, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 5, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's counsel's Motion to withdraw as attorney [42] is granted. Plaintiff's Motion to stay pending the disposition of the appeal [40] is granted. Status hearing held on 6/5/2015 and continued to 7/14/2015 at 9:30 AM. Attorney Joel A. Flaxman and Kenneth N Flaxman terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.