IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Neiman | ) | |
| | ) | |
| Plaintiff, | ) | Hon. St. Eve |
| | ) | |
| vs. | ) | Case No. 14-CV-7423 |
| | ) | |
| Lisa Batchelder, Gary Zalesny, | ) | |
| The Village of Deerfield, Illinois, | ) | |
| | ) | |
| Defendants | | |

To: United States District Court, c/o Clerk of Court, 219 S. Dearborn Street, Chicago,
Illinois 60604
Lisa Batchelder, 1730 Portage Pass, Deerfield, Illinois 60015

**Motion To Re-Assign Case due to Judge now serving on 7th Circuit Court of Appeals**

1. On July 28, 2017, the Hon. Amy St. Eve issued a judgment in the amount of $2460.65 against Lisa Batchelder. [Dkt. 167] Said judgment remains unpaid.
2. Judge St. Eve has since been elevated to the Seventh Circuit Court of Appeals. Plaintiff requests this case be re-assigned in order to proceed with a Citation to Discover Assets.

                                                                    Respectfully Submitted,

                                                                    s/Kenneth Neiman
                                                                    Kenneth Neiman

Kenneth Neiman
1705 Overland Trail
Deerfield, Illinois 60015
Tel: 847-274-9797

                                                   Certification of Service

I, Kenneth Neiman, certify on July 28, 2020, I filed the attached document for further service through the ECF filing system and mailed to Lisa Batchelder before 6:00 p.m. from the U.S post office located in Deerfield, Illinois..

                                                                    s/Kenneth Neiman
                                                                      _____