IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Neiman | ) | |
| | ) | |
| Plaintiff, | ) | Hon. St. Eve |
| | ) | |
| vs. | ) | Case No. 14-CV-7423 |
| | ) | |
| Lisa Batchelder, Gary Zalesny, | ) | |
| The Village of Deerfield, Illinois, | ) | |
| | ) | |
| Defendants | | |

NOTICE OF FILING

To: United States District Court, c/o Clerk of Court, 219 S. Dearborn Street, Chicago, Illinois 60604
Lisa Batchelder, 1730 Portage Pass, Deerfield, Illinois 60015

Please take notice that on July 28, 2020, I filed the attached Notice of Motion for Reassignment of Judge.

Respectfully Submitted,

s/Kenneth Neiman
Kenneth Neiman

Kenneth Neiman
1705 Overland Trail
Deerfield, Illinois 60015
Tel: 847-274-9797

Certification of Service

I, Kenneth Neiman, certify on July 28, 2020, I filed the attached document for further service through the ECF filing system and mailed to Lisa Batchelder before 6:00 p.m. from the U.S post office located in Deerfield, Illinois..

s/Kenneth Neiman
_____